UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 25 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DAVID WOOD )
)
       Plaintiff, )
)
    v. ) Civil Action No. 14-2066 (EGS)
)
DISTRICT OF COLUMBIA, )
)
       Defendant. )
)

## ORDER

For the reasons stated on the record during the March 25, 2015 motion hearing, it is hereby

**ORDERED** that defendant Chodak's motion to dismiss is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that Counts One, Five, Nine, and Eleven of the Complaint are **DISMISSED** as to defendant Chodak; and it is

**FURTHER ORDERED** that defendant Chodak shall respond to the remaining Counts of the Complaint in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED.**

**Signed:**   Emmet G. Sullivan
            United States District Judge
            March 25, 2015