In the Matter Of:

*DAVID WOOD*

*vs.*

*DISTRICT OF COLUMBIA*

_____

*JASON BAGSHAW*

*October 14, 2015*

_____

```
 1        IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

 2   - - - - - - - - - - - - - - - - - +

 3   DAVID WOOD,

 4             Plaintiff              Case No:

 5   V.                               #14-CV-02066

 6   DISTRICT OF COLUMBIA,

 7             Defendants

 8   - - - - - - - - - - - - - - - - - +

 9

10

11

12

13              Deposition of JASON BAGSHAW

14                    Washington D.C.

15              Wednesday, October 14, 2015

16                       3:06 p.m.

17

18

19

20   Job No. WDC-060783

21   Pages 1 - 36

22   Reported by:  Danielle Lawrence
```

Page 2
1    Deposition of JASON BAGSHAW held at the offices
2  of:
3
4         LAW OFFICES OF GREGORY L. LATTIMER
5         Suite 800
6         1200 G Street Northwest
7         Washington D.C.  200005
8         202-638-0095
9
10
11
12        Pursuant to notice, before Danielle Lawrence,
13 Shorthand Reporter and Notary Public in and for the
14 District of Columbia.

Page 3
1          A P P E A R A N C E S
2  ON BEHALF OF PLAINTIFF:
3      GREGORY L. LATTIMER, ESQUIRE
4      LAW OFFICES OF GREGORY L. LATTIMER
5      Suite 800
6      1200 G Street Northwest
7      Washington D.C. 20005
8      Telephone: (202) 434-4513
9      Lattlaw@aol.com
10
11 On BEHALF OF DEFENDANTS, DISTRICT OF COLUMBIA:
12     ROBERT A. DEBERARDINIS, JR, ESQUIRE
13     Office of the Attorney General for the
14     District of Columbia
15     Suite 630 South
16     441 Fourth Street, Northwest
17     District of Columbia 20001
18     Telephone: (202) 724-6642
19     robert.deberardinis@dc.gov

Page 4
1         A P P E A R A N C E S (cont.)
2  On BEHALF OF DEFENDANTS, DISTRICT OF COLUMBIA:
3      PORTIA ROUNDTREE, ESQUIRE
4      Office of the Attorney General for the
5      District of Columbia
6      Suite 630 South
7      441 Fourth Street, Northwest
8      District of Columbia 20001
9      Telephone: (202) 724-6608
10     portiaroundtree@dc.gov

Page 5
1             C O N T E N T S
2  EXAMINATION OF JASON BAGSHAW              PAGE
3      By Mr. Lattimer                         6
4
5
6
7
8
9
10
11           E X H I B I T S
12 JASON BAGSHAW                             PAGE
13     None.

Page 6

1    PROCEEDINGS
2        JASON BAGSHAW,
3  Having been duly sworn, testified as follows:
4      EXAMINATION BY COUNSEL FOR PLAINTIFF
5  BY MR. LATTIMER:
6  Q.   Could you state your full name, please?
7  A.   Jason Bagshaw, last name is B-A-G-S-H-A-W.
8  Q.   And I take it, since I see the strips, you're a
9  sergeant with the Metropolitan Police Department?
10 A.   Yes, sir.
11 Q.   Sergeant Bagshaw, my name is Greg Lattimer. I'm
12 going to ask you some questions today about a case
13 that's pending in United States District Court for the
14 District of Columbia, David Wood versus the District of
15 Columbia, et al. If I ask you any question you don't
16 understand let me know, I'll try to clarify the question
17 to make sure your answer is responsive. If you need to
18 take a break for whatever reason let me know that and
19 we'll take whatever break you need. If you need to
20 speak to counsel let me know that, you'll be able to
21 speak to counsel?
22 A.   Okay.

Page 7

1  Q.   Have you ever done a deposition before?
2  A.   No, first one.
3  Q.   Okay. Everything you say, I say, and anybody
4  says is being taken down by the court reporter.
5  Therefore, it's important that you and I don't talk over
6  one another. So, I'm going to try to let you finish you
7  answer before I start another question, and I'm going to
8  ask you to let me try to finish my question before you
9  begin your answer, okay?
10 A.   Yes.
11 Q.   All right, and then the last thing, we have a
12 natural tendency as humans to nod our head, or shake our
13 head, say uh-hum, ut-uh. You and I probably know what
14 you mean but it doesn't translate very well for the
15 court reporter. So, I'm going to ask you to verbalize
16 your answer as best you can, and you'll be able to get
17 -- say whatever answer you want to just make sure you
18 try to verbalize it, all right?
19 A.   Correct.
20 Q.   Any questions so far?
21 A.   No.
22 Q.   All right, how long you been with MPD?

Page 8

1  A.   Approximately 12 and a half year.
2  Q.   How long you been s sergeant?
3  A.   Almost two years.
4  Q.   Where are you currently working?
5  A.   In the recruiting division.
6  Q.   How long you been in there?
7  A.   About one year.
8  Q.   So, were you a supervisor sergeant at one point,
9  or an administrative sergeant?
10 A.   Say been a supervisor sergeant.
11 Q.   Where were you a supervisor sergeant?
12 A.   6D patrol.
13 Q.   You ever work at 4D?
14 A.   As a detective.
15 Q.   Okay. When was that?
16 A.   In 2013.
17 Q.   How long were you at 4D?
18 A.   Approximately nine to ten months.
19 Q.   Where were you coming from? In other words,
20 where'd you come from to get to 4D?
21 A.   Prior to 4D detectives I was in the gun recovery
22 unit.

Page 9

1  Q.   Where?
2  A.   Which is based out of our narcotics special
3  investigations division, it's a city-wide unit so it's a
4  central location.
5  Q.   What is that, Half Street, what is that?
6  A.   No, its at 2850 New York Avenue, but at the time
7  I was there it was 1215 Third Street northwest.
8  Q.   Okay. So, how long were you at the gun recovery
9  unit?
10 A.   Almost two years.
11 Q.   Okay. And when you were a detective at 4D were
12 you assigned to any particular unit?
13 A.   No, just the detectives office.
14 Q.   So, you handled just about anything that needed
15 detective out of 4D?
16 A.   Yes, any general crimes, and any crimes that
17 occurred during the tour.
18 Q.   Okay. So, you're familiar with David Wood?
19 A.   Yes.
20 Q.   How so?
21 A.   From a robbery investigation.
22 Q.   Were you the lead guy on that robbery?

Page 10

1  A.   Yes.
2  Q.   That was the robbery of the taxi cab on Jamaica
3  Street?
4  A.   Yes.
5  Q.   And how did you get involved?
6  A.   I was actually the only detective working that
7  night when the robbery occurred.
8  Q.   Okay. So, did you respond to the scene?
9  A.   Yes.
10 Q.   At what point did you respond to the scene?
11 A.   Pretty quickly after the robbery occurred. I
12 heard the commotion on the radio and I started in that
13 direction.
14 Q.   So, you actually heard the radio transmission?
15 A.   Yes.
16 Q.   Okay. So, when you arrived was the cab driver
17 still on the scene?
18 A.   Yes.
19 Q.   Was Mr. Wood still on the scene?
20 A.   Yes.
21 Q.   Had he been arrested at that point?
22 A.   Yes.

Page 11

1  Q.   And do you recall what officers were on the
2  scene?
3  A.   There was a bunch of officers on the scene.
4  Specifically, all of them, I don't know all of them off
5  hand.
6  Q.   All right, where was Mr. Wood when you arrived?
7  A.   He was in the back of a transport car, police
8  car.
9  Q.   So, he had already been handcuffed, arrested,
10 and placed in a transport vehicle?
11 A.   Yes.
12 Q.   Okay. Where was the cab driver when you
13 responded?
14 A.   In the back of the ambulance being treated.
15 Q.   Okay. And where was the ambulance in relation
16 to the cab?
17 A.   The ambulance was parked right near the
18 intersection of Jamaica and Eastern, and the cab was in
19 the middle of the block of Jamaica Street.
20 Q.   Did anybody tell you how the cab driver had
21 gotten to that location?
22 A.   As in?

Page 12

1  Q.   Where the ambulance was, you said it was at the
2  intersection of Jamaican and Eastern, correct?
3  A.   No, not specifically how he got in the
4  ambulance, no.
5  Q.   At that location is what I'm trying to --
6  because his cab's in the middle of the street.
7  Presumably that's where the robbery occurred, right?
8  A.   Yes.
9  Q.   And so the cab was in the middle of the block,
10 but yet he was being treated in an ambulance at Jamaica
11 and Eastern, correct?
12 A.   Yes.
13 Q.   And that's a little distance away from the cab,
14 right?
15 A.   It's not that far.
16 Q.   Well, it's half a block, right?
17 A.   Yes, it's not that far.
18 Q.   So, how did he get from the cab, or at least
19 what was your understanding of how he got form the cab
20 to the ambulance?
21 A.   Investigation was that he, the cab driver, fled
22 from the assault, and went down towards Eastern, and the

Page 13

1  officers had located the cab driver down near that
2  intersection. But at some point they had walked him
3  back up the street towards the cab. How he got from the
4  ambulance there -- I don't know if they put him on a
5  stretcher from where he was located, wheeled him there
6  or what they did at that point.
7  Q.   So, your understanding was at some point the cab
8  driver, in fleeing from the assault, had run to that
9  location?
10 A.   Had went down the street, down towards Eastern,
11 but when the officers had gotten there they had walked
12 him back towards the cab.
13 Q.   And why'd they do that?
14 A.   That, I don't know.
15 Q.   Did you ever ask?
16 A.   No.
17 Q.   Did that seem anything that was important?
18 A.   No.
19 Q.   Okay. So, when you got there did you speak with
20 the victim first, or did you speak with Mr. Wood, or did
21 you not speak with anybody?
22 A.   I didn't speak to Mr. Wood first, I know that.

Page 14

1  I don't know -- I'm assuming I had to have spoken to an
2  officer when I first got there -- but at some point I
3  spoke to that taxi cab driver in the back of the
4  ambulance.
5  Q.    Okay. And what, if anything, did he tell you?
6  A.    He was very emotional and high energy, for lack
7  of a better term, just excited.
8  Q.    Did he have visible injuries?
9  A.    Yes.
10 Q.    Where?
11 A.    He had a big cut on his head and some abrasions.
12 Q.    Was he bleeding?
13 A.    Yes.
14 Q.    Okay. So, then what happened?
15 A.    I tried getting briefly from him somewhat of the
16 story. Between his excitement the ambulance was
17 actually trying to get him out of that location and get
18 him to a hospital quickly, they were concerned about a
19 head injury. So, they were trying to push me, rush me
20 along. So, at that point I removed Mr. Wood from the
21 back of the transport and brought him to the back of the
22 ambulance to do a show-up.

Page 15

1  Q.    And what was the result of the show-up?
2  A.    The taxi cab driver didn't ID him, but made a
3  statement about that's how he looks.
4  Q.    What did that mean to you?
5  A.    That Mr. Wood looked like the defendant or
6  possibly could be the defendant and that the taxi cab
7  driver didn't know.
8  Q.    Didn't he say that he didn't -- that that guy --
9  Mr. Wood had a white beard and the person who had robbed
10 him did not have a white beard?
11 A.    No, the only time a beard was referenced to me
12 was at the hospital by the taxi cab driver, and that the
13 taxi cab driver explained -- made a comment about the
14 beard being darker than the guy I had shown him at the
15 back of the ambulance.
16 Q.    Okay. And so then why wasn't Mr. Wood charged
17 with robbery?
18 A.    There was no identification made.
19 Q.    I thought you said that to you he indicated that
20 the guy looked like him but he couldn't positively
21 identify him?
22 A.    I asked him. I said, is that him, he said I

Page 16

1  don't know. So, I'm not comfortable with placing him
2  under arrest, because that's not a positive ID to me.
3  Q.    Okay. And so, did you obtain a warrant for Mr.
4  Wood's house?
5  A.    The search warrant, yes.
6  Q.    What was that based on?
7  A.    The information that I received that the taxi
8  cab driver identified the two suspects running into that
9  house.
10 Q.    Who told you that?
11 A.    I don't know exactly. One of the officers that
12 dealt with -- that were -- initially arrived on the
13 scene.
14 Q.    But the taxi cab driver never told you that,
15 right?
16 A.    The taxi cab driver told me that they ran into a
17 house.
18 Q.    Right.
19 A.    But since he was in the back of the ambulance I
20 could not -- he did not -- wasn't able to show me
21 exactly what house. But he relayed the story to me
22 about how they ran into the house.

Page 17

1  Q.    He said they ran into a house, but he didn't say
2  -- he didn't give you any indication that it was Mr.
3  Wood's house, right?
4  A.    I don't think I got into detail with him.
5  Q.    In fact, you didn't -- did you even know where
6  Mr. Wood lived at that time?
7  A.    Just from responding on the scene and talking
8  with Mr. Wood about the guns in the house.
9  Q.    Okay. So, Mr. Wood told you he had guns in the
10 house?
11 A.    The officers that cleared the house observed the
12 guns.
13 Q.    Right, the officers went into the house?
14 A.    Correct.
15 Q.    And the officers did that without a warrant,
16 right?
17 A.    Correct.
18 Q.    And they did that because they claim that the
19 driver had told them that's where the people ran?
20 A.    Yes, the driver had told them that so they went
21 in.
22 Q.    And you know now that the driver said he never

Page 18

1  said that, right?
2  A.   No, not aware of that at all.
3  Q.   You were not aware of that?
4  A.   Absolutely not.
5  Q.   If fact, didn't the driver indicate that the cab
6  was parked where the people went into the house?
7  A.   No.
8  Q.   He didn't tell you that?
9  A.   No.
10 Q.   Well, what was your understanding of why the cab
11 was parked where it was?
12 A.   The cab wasn't parked.
13 Q.   It was stopped in the middle of the street?
14 A.   That's not parked.
15 Q.   Okay.
16 A.   It was stopped in the middle of the street --
17 Q.   Right.
18 A.   -- hazardly with the door opened, and items
19 laying outside the car.
20 Q.   And what was your understanding of how it got to
21 that location?
22 A.   The cab driver was in the process of conducting

Page 19

1  a U-turn to drive one of the suspects to the ATM when
2  the suspect in the back seat started assaulting him.
3  Q.   Who told you that?
4  A.   The cab driver.
5  Q.   The cab driver told you, that he was in the
6  process of making a U-turn to take the guy to an ATM,
7  and that as he was in the process of making the U-turn
8  that's when he was assaulted?
9  A.   Yes.
10 Q.   When did he tell you that?
11 A.   At the hospital.
12 Q.   Did you write that down somewhere?
13 A.   Yes.
14 Q.   Where?
15 A.   In my notes.
16 Q.   Did you write that down in any of your reports?
17 A.   Yes.
18 Q.   Which reports?
19 A.   The investigative report that I did that night.
20 Q.   Okay.  And what ATM was he going to and he was
21 making a U-turn to go to?
22 A.   I don't know.

Page 20

1  Q.   Well, wouldn't that be significant?
2  A.   No.
3  Q.   Wouldn't you try to verify the cab driver's
4  story?
5  A.   The positioning of the car in the middle of the
6  street verified that story.
7  Q.   The positioning of the car in the street
8  verified what, that he was making a U-turn?
9  A.   Yes.
10 Q.   How?
11 A.   The car was positioned in the middle of the
12 roadway and angled that isn't consistent with driving in
13 a straight line down the road.
14 Q.   So, the cab driver never told you that he picked
15 up the gentleman, they went to Jamaica Street.  He
16 wouldn't give him an address, he told him he'd tell him
17 when to stop, that he then told him to stop, that he was
18 going into the house that was directly adjacent to the
19 cab.  At which time another gentleman then came out, and
20 began assaulting him along with the person that was in
21 the backseat, he never told you that?
22 A.   That's somewhat of the story of what the taxi

Page 21

1  cab --
2  Q.   What part did I get wrong?
3  A.   When the cab driver pulled up to the house he
4  first told -- the person he picked up told him to go to
5  the intersection of Jamaica and Eastern.  Once they got
6  there he then pointed out the house --
7  Q.   Right.
8  A.   -- in the middle of the block.  When he got
9  there he didn't have cash on him, and that's when the
10 cab driver said no, we have to go -- I'll take you to
11 the ATM -- and started making a U-turn, and that's when
12 he was assaulted.
13 Q.   But weren't they at the house where the cab
14 driver -- where the guy had told the cab driver he was
15 going?
16 A.   Where he had stopped?
17 Q.   Yes?
18 A.   Yes.
19 Q.   All right, and isn't it -- didn't he also say
20 that the guy who assisted in robbing him had come from
21 that house?
22 A.   I don't recall if he said he came from that

Page 22

1  house or not.
2  Q.    Okay.
3  A.    I don't recall.
4  Q.    So, did anybody check out that house, the house
5  that the cab was parked in front of?
6  A.    The house that was indicated was the same house
7  that the suspects had run into.
8  Q.    So, the cab was parked in front of Mr. Wood's
9  house?
10 A.    Are you talking about where the cab is stopped
11 in the middle of the street?
12 Q.    Yes, there are houses -- there were houses right
13 there --
14 A.    Yes, I understand that.
15 Q.    -- and what I'm saying is, he indicated that the
16 guy told him to stop at this particular house, and that
17 is where the gentleman supposedly came out of.  But
18 you're saying that you don't remember that part, and so
19 I'm asking you if that was the house he told him to stop
20 at did anybody investigate that particular house?
21 A.    That is the house in which we did the search
22 warrant at.

Page 23

1  Q.    Mr. Wood's house?
2  A.    Yes.
3  Q.    So, you're saying the cab was in front of Mr.
4  Wood's house?
5  A.    Well, the cab was stopped.
6  Q.    Right.
7  A.    It was kind of positioned in between other
8  houses, because at that point when you're pulling
9  forward to make a U-turn you're pulling away from where
10 you were stopped, which would have been Mr. Wood's
11 house.
12 Q.    Okay.  Are you -- is it your position that the
13 cab was near Mr. Wood's house?
14 A.    Yes.
15 Q.    Okay.  And the cab driver supposedly told
16 somebody that you don't remember, that that's where the
17 men went, is that right?
18 A.    Yes, the responding officers.  The first
19 officers on the scene, yes.
20 Q.    Okay.  And how did he do that?  He didn't have
21 an address did he?
22 A.    No, the taxi cab driver pointed the house out.

Page 24

1  Q.    He pointed the house out?
2  A.    Yes.
3  Q.    The taxi driver didn't say he told me to go to
4  the house with the light on and that's where I think the
5  people went, the house with the light on, that's not
6  what he said?
7  A.    From my understanding from what was relayed to
8  me, that he pointed the house out and said the suspects
9  ran into that house.
10 Q.    Okay.  Now, did you find any evidence that
11 anybody had been in that house other than Mr. Wood and
12 his mother?
13 A.    No.
14 Q.    So, you found nothing to suggest that anybody
15 had come in that house, right?
16 A.    I mean, I can't say whether anyone was in there
17 or not other than Mr. Wood at the time, but there was no
18 property or anything belonging to the robbery.
19 Q.    And no evidence that anybody -- is there a back
20 door, by the way?
21 A.    There's a side door.
22 Q.    Is there a back door was the question?

Page 25

1  A.    No, there's a side door to the house.
2  Q.    Okay.  So, if someone would have run into the
3  house where would they have gone?
4  A.    They could exit out the side door.
5  Q.    They could have exited out the side door, which
6  would have put them back to the front, right?
7  A.    It would go out to the side and then at that
8  point you'd have the option to go to the back or to the
9  front.
10 Q.    And you inspected this and you ascertained that?
11 A.    Yes, I saw this.
12 Q.    And that was your conclusion about where they
13 could go?
14 A.    Yes.
15 Q.    Okay.  All right, now somebody was arrested in
16 this case on the robbery, wasn't it?
17 A.    Yes.
18 Q.    Wasn't Mr. Wood, was it?
19 A.    Nope.
20 Q.    Who was it?
21 A.    Tyron Bookart.
22 Q.    Tyron Bookart, who lived in the neighborhood,

Page 26

1  right?
2  A.   His family lived close to the neighborhood, yes.
3  Q.   Okay. And Tyron Bookart was identified by who?
4  A.   The cab driver.
5  Q.   So, the cab driver identified Tyron Bookart as
6  the person who robbed him. In fact, didn't you all find
7  some belongings of Mr. Bookart in the cab?
8  A.   Yes.
9  Q.   That had been in the cab that night?
10 A.   Yes.
11 Q.   So, nobody searched the cab, would that be fair
12 to say?
13 A.   No, the car was searched.
14 Q.   How could you miss -- wasn't there a driver's
15 license or something?
16 A.   No, it was a work ID.
17 Q.   A work ID, how could a cab be searched and a
18 work ID not be discovered?
19 A.   Unfortunately, sometimes it happens. It was
20 underneath the driver's seat. And from the tow truck
21 lifting the rear of the car up and transporting it to
22 the Fourth District it had slid out from under the seat.

Page 27

1  Q.   And in fact, the cab driver brought that to your
2  attention, right?
3  A.   Yes.
4  Q.   And Mr. Bookart's ID had been left in the car
5  and he said this is the guy who robbed me, correct?
6  A.   Yes.
7  Q.   And he looks nothing like Mr. Wood, does he?
8  A.   They're not similar, no.
9  Q.   Not at all, not even -- what was his age, Mr.
10 Bookart's age?
11 A.   I forget the exact age, but he's late 20s I
12 think, maybe more.
13 Q.   He's in his 20s and Mr. Wood was a man with a
14 white beard, wasn't he?
15 A.   Yes.
16 Q.   And so is your, I guess, testimony that the cab
17 driver told you that night that Mr. Wood looked like the
18 guy who robbed him, who was in his 20s?
19 A.   It was my -- what?
20 Q.   It's your testimony that the cab driver told you
21 that the guy who robbed him that night looked like Mr.
22 Wood?

Page 28

1  A.   Yes, the other suspect, not Tyron. The other
2  suspect.
3  Q.   The other suspect? I thought you said the other
4  suspect was big, a huge man?
5  A.   I haven't said anything about the other suspect.
6  Q.   I said that's what I thought the cab driver --
7  didn't the cab driver say that?
8  A.   No, the cab driver actually indicated they were
9  the same size physically, and he looked -- and that they
10 looked alike -- he looked like him.
11 Q.   Have you looked at the cab driver's statement?
12 A.   No.
13 Q.   I thought you did the investigation?
14 A.   Yes, I haven't had a cab driver write a
15 statement, so I've never seen a statement about a cab
16 driver.
17 Q.   You've never seen the statement that the cab
18 driver wrote in this case?
19 A.   No.
20 Q.   And you were the lead investigator?
21 A.   Yes.
22 Q.   So, you were not aware that the cab driver wrote

Page 29

1  a statement indicating that the second man was a huge
2  man?
3  A.   No.
4  Q.   Okay. So, how did you get a warrant if you
5  never took a statement from the driver?
6  A.   Got the search warrant -- well, I did take a
7  statement from the driver -- the driver explained to me
8  the circumstances of the robbery. And then also based
9  in conjunction with the responding officers providing
10 the information of what occurred when they arrived
11 there, I got the search warrant.
12 Q.   So, the search warrant was based upon what the
13 driver told you in the back of the ambulance?
14 A.   The search warrant is primarily based on the
15 fact that he identified the house as to where the
16 suspects ran into.
17 Q.   Well, that's what somebody told you, that's not
18 what he did, right?
19 A.   Correct, he told me they ran into a house. Due
20 to the fact he's in the back of an ambulance he can't
21 point out exactly which house it is to me. So, I'm
22 relying on the officers information provided to me.

Page 30

1  Q.   Okay.
2  A.   At the time when I got there minutes after the
3  robbery occurred.
4  Q.   Is that what you put in your affidavit, or did
5  you say that the cab driver told you that?
6  A.   I'm sure I said the cab driver informed officers
7  that arrived on the scene of what happened.
8  Q.   Did you say that he had informed you of that?
9  A.   I do not think so.
10 Q.   Okay. And if you did put that in your affidavit
11 that would be inaccurate, would it not?
12 A.   I'd be shocked if it was in there.
13 Q.   But it would be inaccurate too?
14 A.   Yes, because he didn't tell me that. He told me
15 they ran into a house.
16 Q.   And how did the officers tell you that he ran
17 into that house, did that give you an address?
18 A.   They pointed at the house also, it was right
19 there.
20 Q.   So, they pointed at the house?
21 A.   Yes.
22 Q.   So, the officers said that the cab driver told

Page 31

1  them that he ran into that house by pointing to a house?
2  A.   Correct.
3  Q.   No address, right?
4  A.   No, I don't think they said the exact address.
5  We were standing right in front of the house, so --
6  Q.   And this is after they had conducted a search of
7  Mr. Wood's -- I'm sorry?
8  A.   I said, it would probably be easier to say that
9  house.
10 Q.   Okay. And they told you this after they had
11 already conducted a search of Mr. Wood's house without a
12 warrant, correct?
13 A.   I don't think they searched the house. I think
14 they just made sure that the house had no persons in it.
15 Q.   Well, when you walk into a house and you look
16 around isn't that a search?
17 A.   I mean, that's part of a search. But also just
18 to clarify that it wasn't a search as in the -- search
19 the entire premises.
20 Q.   Well, it wasn't a good search. It's like the
21 search of the cab wasn't a good search, but it was still
22 a search, right?

Page 32

1  A.   Interesting.
2  Q.   Right?
3  A.   Hey, that's interesting. I mean good one, zing.
4  Q.   I mean am I right on that?
5  A.   I mean it's interesting.
6  Q.   Okay. So --
7  A.   Also at that point they're not searching the
8  house. They're only making sure there's no people in
9  there. So, it's not about whether it's a good search or
10 not a good search.
11 Q.   Well, how did they see the rifles?
12 A.   They're in plain view.
13 Q.   Where?
14 A.   Just laying out all over the place in the
15 basement.
16 Q.   So, they were laying out in the basement?
17 A.   Yes.
18 Q.   Who told you that?
19 A.   I saw them also.
20 Q.   You saw them after the officers saw them, right?
21 A.   Yes.
22 Q.   So, if they were in a closet would that suggest

Page 33

1  to you that they were doing a different kind of search?
2  A.   No, because a person can be inside of a closet.
3  Q.   Okay. And then Mr. Bookart was never even
4  charged with the robbery, right?
5  A.   He was never indited on the robbery.
6  Q.   Right, you all held him in jail and then you
7  decided not to even prosecute him, right?
8  A.   I didn't make that decision.
9  Q.   Well, a decision was made not to even prosecute
10 him, right?
11 A.   That decision was made.
12 Q.   Why was that?
13 A.   I don't think that -- actually I would clarify
14 that I don't know if the decision was made not to
15 prosecute him. I think the decision was made not to
16 prosecute him at that time, and then they just never
17 prosecuted him since then.
18 Q.   So, I take it that you never saw any of the
19 interactions between the officers and Mr. Wood prior to
20 his arrest, is that right?
21 A.   Correct.
22 Q.   Now, did you testify at the trial, criminal

Page 34

1  trial of Mr. Wood?
2  A.    Yes.
3  Q.    And did you hear the cab driver testimony?
4  A.    No.
5  Q.    Did you know that he testified?
6  A.    Yes.
7  Q.    And did you know that he said that he never told
8  the police anything about somebody going into the house?
9  A.    No.
10 Q.    So, how do you know he testified?
11 A.    I saw him at the trial.
12 Q.    Did you talk to him?
13 A.    No, if I did it was probably just saying hi, but
14 nothing else.
15 Q.    Did you testify before or after him?
16 A.    I believe before him.
17 Q.    So, did you stick around to hear his testimony?
18 A.    No.
19 Q.    So, you didn't -- you weren't aware that he said
20 that the guy that robbed him looked nothing like Mr.
21 Wood?
22 A.    No.

Page 35

1  Q.    And you weren't aware that he said that he never
2  told the police that anybody ran into Mr. Wood's house?
3  A.    No.
4  Q.    So, did you ever see Mr. Wood assault any police
5  officer?
6  A.    No.
7  Q.    Did you ever see any officers strike, punch, or
8  kick Mr. Wood?
9  A.    No.
10 Q.    Did Mr. Wood ever punch or kick you?
11 A.    No.
12 Q.    Did you ever punch or kick Mr. Wood?
13 A.    No.
14 Q.    Did you ever use any force against Mr. Wood?
15 A.    No.
16 Q.    Did Mr. Wood ever attempt to use any physical
17 force against you?
18 A.    No.
19 Q.    Okay.  Got nothing else, thank you for your
20 time.
21       MR. DEBERARDINIS:  No questions.
22       (Deposition of JASON BAGSHAW, adjourned at 3:35 p.m.)

Page 36

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2       I, Danielle Lawrence, court reporter, the
3  officer before whom the foregoing proceedings were
4  taken, do hereby certify that the foregoing transcript
5  and said proceedings were taken by me stenographically
6  and thereafter reduced to typewriting under my
7  supervision; and that I'm neither counsel for, related
8  to, nor employed by any of the parties to this case and
9  have no interest, financial or otherwise, in its
10 outcome.
11      IN WITNESS WHEREOF, I have hereunto set my
12 hand and affixed my notarial seal this 20th day of
13 October 2015.
14
15
16
17
18
19
20      _____
21      NOTARY PUBLIC IN AND FOR THE
22      DISTRICT OF COLUMBIA

37

**1**

**12**
  8:1
**1215**
  9:7

**2**

**2013**
  8:16
**20s**
  27:11,13,18
**2850**
  9:6

**3**

**3:35**
  35:22

**4**

**4D**
  8:13,17,20,21 9:11,15

**6**

**6D**
  8:12

**A**

**able**
  6:20 7:16 16:20
**abrasions**
  14:11
**Absolutely**
  18:4
**address**
  20:16 23:21 30:17 31:3,4

**adjacent**
  20:18
**adjourned**
  35:22
**administrative**
  8:9
**affidavit**
  30:4,10
**age**
  27:9,10,11
**alike**
  28:10
**ambulance**
  11:14,15,17 12:1,4,10,20 13:4 14:4,16,22 15:15 16:19 29:13,20
**angled**
  20:12
**answer**
  6:17 7:7,9,16,17
**anybody**
  7:3 11:20 13:21 22:4,20 24:11,14,19 35:2
**Approximately**
  8:1,18
**arrest**
  16:2 33:20
**arrested**
  10:21 11:9 25:15
**arrived**
  10:16 11:6 16:12 29:10 30:7
**ascertained**
  25:10
**asked**
  15:22
**asking**
  22:19
**assault**
  12:22 13:8 35:4
**assaulted**
  19:8 21:12

**assaulting**
  19:2 20:20
**assigned**
  9:12
**assisted**
  21:20
**assuming**
  14:1
**ATM**
  19:1,6,20 21:11
**attempt**
  35:16
**attention**
  27:2
**Avenue**
  9:6
**aware**
  18:2,3 28:22 34:19 35:1

**B**

**B-a-g-s-h-a-w**
  6:7
**back**
  11:7,14 13:3,12 14:3,21 15:15 16:19 19:2 24:19,22 25:6,8 29:13,20
**backseat**
  20:21
**Bagshaw**
  6:2,7,11 35:22
**based**
  9:2 16:6 29:8,12,14
**basement**
  32:15,16
**beard**
  15:9,10,11,14 27:14
**began**
  20:20
**believe**
  34:16
**belonging**

  24:18
**belongings**
  26:7
**best**
  7:16
**better**
  14:7
**big**
  14:11 28:4
**bleeding**
  14:12
**block**
  11:19 12:9,16 21:8
**Bookart**
  25:21,22 26:3,5,7 33:3
**Bookart's**
  27:4,10
**break**
  6:18,19
**briefly**
  14:15
**brought**
  14:21 27:1
**bunch**
  11:3

**C**

**cab**
  10:2,16 11:12,16,18,20 12:9,13,18,19,21 13:1,3,7,12 14:3 15:2,6,12,13 16:8,14,16 18:5,10,12,22 19:4,5 20:3,14,19 21:1,3,10,13,14 22:5,8,10 23:3,5,13,15,22 26:4,5,7,9,11,17 27:1,16,20 28:6,7,8,11,14,15,17,22 30:5,6,22 31:21 34:3
**cab's**
  12:6
**can't**
  24:16 29:20

**car**
    11:7,8 18:19 20:5,7,11
    26:13,21 27:4
**case**
    6:12 25:16 28:18
**cash**
    21:9
**central**
    9:4
**charged**
    15:16 33:4
**check**
    22:4
**circumstances**
    29:8
**city-wide**
    9:3
**claim**
    17:18
**clarify**
    6:16 31:18 33:13
**cleared**
    17:11
**close**
    26:2
**closet**
    32:22 33:2
**Columbia**
    6:14,15
**come**
    8:20 21:20 24:15
**comfortable**
    16:1
**coming**
    8:19
**comment**
    15:13
**commotion**
    10:12
**concerned**
    14:18

**conclusion**
    25:12
**conducted**
    31:6,11
**conducting**
    18:22
**conjunction**
    29:9
**consistent**
    20:12
**correct**
    7:19 12:2,11 17:14,17
    27:5 29:19 31:2,12
    33:21
**couldn't**
    15:20
**counsel**
    6:4,20,21
**court**
    6:13 7:4,15
**crimes**
    9:16
**criminal**
    33:22
**currently**
    8:4
**cut**
    14:11

---
                **D**

**darker**
    15:14
**David**
    6:14 9:18
**dealt**
    16:12
**DEBERARDINIS**
    35:21
**decided**
    33:7
**decision**

    33:8,9,11,14,15
**defendant**
    15:5,6
**Department**
    6:9
**deposition**
    7:1 35:22
**detail**
    17:4
**detective**
    8:14 9:11,15 10:6
**detectives**
    8:21 9:13
**didn't**
    13:22 15:2,7,8 17:1,2,5
    18:5,8 21:9,19 23:20
    24:3 26:6 28:7 30:14
    33:8 34:19
**different**
    33:1
**direction**
    10:13
**directly**
    20:18
**discovered**
    26:18
**distance**
    12:13
**District**
    6:13,14 26:22
**division**
    8:5 9:3
**doesn't**
    7:14
**doing**
    33:1
**don't**
    6:15 7:5 11:4 13:4,14
    14:1 16:1,11 17:4 19:22
    21:22 22:3,18 23:16
    31:4,13 33:13,14
**door**
    18:18 24:20,21,22 25:1,

    4,5
**drive**
    19:1
**driver**
    10:16 11:12,20 12:21
    13:1,8 14:3 15:2,7,12,
    13 16:8,14,16 17:19,20,
    22 18:5,22 19:4,5 20:14
    21:3,10,14 23:15,22
    24:3 26:4,5 27:1,17,20
    28:6,7,8,14,16,18,22
    29:5,7,13 30:5,6,22
    34:3
**driver's**
    20:3 26:14,20 28:11
**driving**
    20:12
**Due**
    29:19
**duly**
    6:3

---
                **E**

**easier**
    31:8
**Eastern**
    11:18 12:2,11,22 13:10
    21:5
**emotional**
    14:6
**energy**
    14:6
**entire**
    31:19
**et al**
    6:15
**evidence**
    24:10,19
**exact**
    27:11 31:4
**exactly**
    16:11,21 29:21

**EXAMINATION**
  6:4
**excited**
  14:7
**excitement**
  14:16
**exit**
  25:4
**exited**
  25:5
**explained**
  15:13 29:7

### F

**fact**
  17:5 18:5 26:6 27:1
  29:15,20
**fair**
  26:11
**familiar**
  9:18
**family**
  26:2
**far**
  7:20 12:15,17
**find**
  24:10 26:6
**finish**
  7:6,8
**first**
  7:2 13:20,22 14:2 21:4
  23:18
**fled**
  12:21
**fleeing**
  13:8
**follows**
  6:3
**force**
  35:14,17
**forget**

27:11
**form**
  12:19
**forward**
  23:9
**found**
  24:14
**Fourth**
  26:22
**front**
  22:5,8 23:3 25:6,9 31:5
**full**
  6:6

### G

**general**
  9:16
**gentleman**
  20:15,19 22:17
**getting**
  14:15
**give**
  17:2 20:16 30:17
**go**
  19:21 21:4,10 24:3
  25:7,8,13
**going**
  6:12 7:6,7,15 19:20
  20:18 21:15 34:8
**good**
  31:20,21 32:3,9,10
**gotten**
  11:21 13:11
**Greg**
  6:11
**guess**
  27:16
**gun**
  8:21 9:8
**guns**
  17:8,9,12

**guy**
  9:22 15:8,14,20 19:6
  21:14,20 22:16 27:5,18,
  21 34:20

### H

**half**
  8:1 9:5 12:16
**hand**
  11:5
**handcuffed**
  11:9
**handled**
  9:14
**happened**
  14:14 30:7
**happens**
  26:19
**haven't**
  28:5,14
**hazardly**
  18:18
**he'd**
  20:16
**he's**
  27:11,13 29:20
**head**
  7:12,13 14:11,19
**hear**
  34:3,17
**heard**
  10:12,14
**held**
  33:6
**Hey**
  32:3
**hi**
  34:13
**high**
  14:6
**hospital**

  14:18 15:12 19:11
**house**
  16:4,9,17,21,22 17:1,3,
  8,10,11,13 18:6 20:18
  21:3,6,13,21 22:1,4,6,9,
  16,19,20,21 23:1,4,11,
  13,22 24:1,4,5,8,9,11,
  15 25:1,3 29:15,19,21
  30:15,17,18,20 31:1,5,
  9,11,13,14,15 32:8 34:8
  35:2
**houses**
  22:12 23:8
**huge**
  28:4 29:1
**humans**
  7:12

### I

**I'd**
  30:12
**I'll**
  6:16 21:10
**I'm**
  6:11 7:6,7,15 12:5 14:1
  16:1 22:15,19 29:21
  30:6 31:7
**I've**
  28:15
**ID**
  15:2 16:2 26:16,17,18
  27:4
**identification**
  15:18
**identified**
  16:8 26:3,5 29:15
**identify**
  15:21
**important**
  7:5 13:17
**inaccurate**
  30:11,13

**indicate**
 18:5
**indicated**
 15:19 22:6,15 28:8
**indicating**
 29:1
**indication**
 17:2
**indited**
 33:5
**information**
 16:7 29:10,22
**informed**
 30:6,8
**initially**
 16:12
**injuries**
 14:8
**injury**
 14:19
**inside**
 33:2
**inspected**
 25:10
**interactions**
 33:19
**interesting**
 32:1,3,5
**intersection**
 11:18 12:2 13:2 21:5
**investigate**
 22:20
**investigation**
 9:21 12:21 28:13
**investigations**
 9:3
**investigative**
 19:19
**investigator**
 28:20
**involved**
 10:5

**isn't**
 20:12 21:19 31:16
**it's**
 7:5 9:3 12:15,16,17
 27:20 31:20 32:5,9
**items**
 18:18
**its**
 9:6

---

**J**

**jail**
 33:6
**Jamaica**
 10:2 11:18,19 12:10
 20:15 21:5
**Jamaican**
 12:2
**Jason**
 6:2,7 35:22

---

**K**

**kick**
 35:8,10,12
**kind**
 23:7 33:1
**know**
 6:16,18,20 7:13 11:4
 13:4,14,22 14:1 15:7
 16:1,11 17:5,22 19:22
 33:14 34:5,7,10

---

**L**

**lack**
 14:6
**late**
 27:11
**Lattimer**
 6:5,11
**laying**

 18:19 32:14,16
**lead**
 9:22 28:20
**left**
 27:4
**license**
 26:15
**lifting**
 26:21
**light**
 24:4,5
**line**
 20:13
**little**
 12:13
**lived**
 17:6 25:22 26:2
**located**
 13:1,5
**location**
 9:4 11:21 12:5 13:9
 14:17 18:21
**long**
 7:22 8:2,6,17 9:8
**look**
 31:15
**looked**
 15:5,20 27:17,21 28:9,
 10,11 34:20
**looks**
 15:3 27:7

---

**M**

**making**
 19:6,7,21 20:8 21:11
 32:8
**man**
 27:13 28:4 29:1,2
**mean**
 7:14 15:4 24:16 31:17
 32:3,4,5

**men**
 23:17
**Metropolitan**
 6:9
**middle**
 11:19 12:6,9 18:13,16
 20:5,11 21:8 22:11
**minutes**
 30:2
**months**
 8:18
**mother**
 24:12
**MPD**
 7:22

---

**N**

**name**
 6:6,7,11
**narcotics**
 9:2
**natural**
 7:12
**near**
 11:17 13:1 23:13
**need**
 6:17,19
**needed**
 9:14
**neighborhood**
 25:22 26:2
**never**
 16:14 17:22 20:14,21
 28:15,17 29:5 33:3,5,
 16,18 34:7 35:1
**New**
 9:6
**night**
 10:7 19:19 26:9 27:17,
 21
**nine**
 8:18

JASON BAGSHAW - 10/14/2015                              i5

**nod**
  7:12
**Nope**
  25:19
**northwest**
  9:7
**notes**
  19:15

**O**

**observed**
  17:11
**obtain**
  16:3
**occurred**
  9:17 10:7,11 12:7 29:10
  30:3
**office**
  9:13
**officer**
  14:2 35:5
**officers**
  11:1,3 13:1,11 16:11
  17:11,13,15 23:18,19
  29:9,22 30:6,16,22
  32:20 33:19 35:7
**okay**
  6:22 7:3,9 8:15 9:8,11,
  18 10:8,16 11:12,15
  13:19 14:5,14 15:16
  16:3 17:9 18:15 19:20
  22:2 23:12,15,20 24:10
  25:2,15 26:3 29:4 30:1,
  10 31:10 32:6 33:3
  35:19
**Once**
  21:5
**opened**
  18:18
**option**
  25:8
**outside**
  18:19

**P**

**p.m.**
  35:22
**parked**
  11:17 18:6,11,12,14
  22:5,8
**part**
  21:2 22:18 31:17
**particular**
  9:12 22:16,20
**patrol**
  8:12
**pending**
  6:13
**people**
  17:19 18:6 24:5 32:8
**person**
  15:9 20:20 21:4 26:6
  33:2
**persons**
  31:14
**physical**
  35:16
**physically**
  28:9
**picked**
  20:14 21:4
**place**
  32:14
**placed**
  11:10
**placing**
  16:1
**plain**
  32:12
**PLAINTIFF**
  6:4
**please**
  6:6
**point**

  8:8 10:10,21 13:2,6,7
  14:2,20 23:8 25:8 29:21
  32:7
**pointed**
  21:6 23:22 24:1,8
  30:18,20
**pointing**
  31:1
**police**
  6:9 11:7 34:8 35:2,4
**position**
  23:12
**positioned**
  20:11 23:7
**positioning**
  20:5,7
**positive**
  16:2
**positively**
  15:20
**possibly**
  15:6
**premises**
  31:19
**Presumably**
  12:7
**Pretty**
  10:11
**primarily**
  29:14
**prior**
  8:21 33:19
**probably**
  7:13 31:8 34:13
**process**
  18:22 19:6,7
**property**
  24:18
**prosecute**
  33:7,9,15,16
**prosecuted**
  33:17

**provided**
  29:22
**providing**
  29:9
**pulled**
  21:3
**pulling**
  23:8,9
**punch**
  35:7,10,12
**push**
  14:19
**put**
  13:4 25:6 30:4,10

**Q**

**question**
  6:15,16 7:7,8 24:22
**questions**
  6:12 7:20 35:21
**quickly**
  10:11 14:18

**R**

**radio**
  10:12,14
**ran**
  16:16,22 17:1,19 24:9
  29:16,19 30:15,16 31:1
  35:2
**rear**
  26:21
**reason**
  6:18
**recall**
  11:1 21:22 22:3
**received**
  16:7
**recovery**
  8:21 9:8

recruiting
  8:5
referenced
  15:11
relation
  11:15
relayed
  16:21 24:7
relying
  29:22
remember
  22:18 23:16
removed
  14:20
report
  19:19
reporter
  7:4,15
reports
  19:16,18
respond
  10:8,10
responded
  11:13
responding
  17:7 23:18 29:9
responsive
  6:17
result
  15:1
rifles
  32:11
right
  7:11,18,22 11:6,17
  12:7,14,16 16:15,18
  17:3,13,16 18:1,17
  21:7,19 22:12 23:6,17
  24:15 25:6,15 26:1 27:2
  29:18 30:18 31:3,5,22
  32:2,4,20 33:4,6,7,10,
  20
road
  20:13

roadway
  20:12
robbed
  15:9 26:6 27:5,18,21
  34:20
robbery
  9:21,22 10:2,7,11 12:7
  15:17 24:18 25:16 29:8
  30:3 33:4,5
robbing
  21:20
run
  13:8 22:7 25:2
running
  16:8
rush
  14:19

---
                S

saw
  25:11 32:19,20 33:18
  34:11
saying
  22:15,18 23:3 34:13
says
  7:4
scene
  10:8,10,17,19 11:2,3
  16:13 17:7 23:19 30:7
search
  16:5 22:21 29:6,11,12,
  14 31:6,11,16,17,18,20,
  21,22 32:9,10 33:1
searched
  26:11,13,17 31:13
searching
  32:7
seat
  19:2 26:20,22
second
  29:1
see

  6:8 32:11 35:4,7
seen
  28:15,17
sergeant
  6:9,11 8:2,8,9,10,11
shake
  7:12
shocked
  30:12
show
  16:20
show-up
  14:22 15:1
shown
  15:14
side
  24:21 25:1,4,5,7
significant
  20:1
similar
  27:8
sir
  6:10
size
  28:9
slid
  26:22
somebody
  23:16 25:15 29:17 34:8
somewhat
  14:15 20:22
sorry
  31:7
speak
  6:20,21 13:19,20,21,22
special
  9:2
specifically
  11:4 12:3
spoke
  14:3

spoken
  14:1
standing
  31:5
start
  7:7
started
  10:12 19:2 21:11
state
  6:6
statement
  15:3 28:11,15,17 29:1,
  5,7
States
  6:13
stick
  34:17
stop
  20:17 22:16,19
stopped
  18:13,16 21:16 22:10
  23:5,10
story
  14:16 16:21 20:4,6,22
straight
  20:13
street
  9:5,7 10:3 11:19 12:6
  13:3,10 18:13,16 20:6,
  7,15 22:11
stretcher
  13:5
strike
  35:7
strips
  6:8
suggest
  24:14 32:22
supervisor
  8:8,10,11
supposedly
  22:17 23:15

JASON BAGSHAW - 10/14/2015                                                                  i7

**sure**
  6:17 7:17 30:6 31:14
  32:8
**suspect**
  19:2 28:1,2,3,4,5
**suspects**
  16:8 19:1 22:7 24:8
  29:16
**sworn**
  6:3

---

**T**

**take**
  6:8,18,19 19:6 21:10
  29:6 33:18
**taken**
  7:4
**talk**
  7:5 34:12
**talking**
  17:7 22:10
**taxi**
  10:2 14:3 15:2,6,12,13
  16:7,14,16 20:22 23:22
  24:3
**tell**
  11:20 14:5 18:8 19:10
  20:16 30:14,16
**ten**
  8:18
**tendency**
  7:12
**term**
  14:7
**testified**
  6:3 34:5,10
**testify**
  33:22 34:15
**testimony**
  27:16,20 34:3,17
**thank**
  35:19

**there's**
  24:21 25:1 32:8
**they're**
  27:8 32:7,8,12
**thing**
  7:11
**think**
  17:4 24:4 27:12 30:9
  31:4,13 33:13,15
**Third**
  9:7
**thought**
  15:19 28:3,6,13
**time**
  9:6 15:11 17:6 20:19
  24:17 30:2 33:16 35:20
**today**
  6:12
**told**
  16:10,14,16 17:9,19,20
  19:3,5 20:14,16,17 21
  21:4,14 22:16,19 23:15
  24:3 27:17,20 29:13,17,
  19 30:5,14,22 31:10
  32:18 34:7 35:2
**tour**
  9:17
**tow**
  26:20
**translate**
  7:14
**transmission**
  10:14
**transport**
  11:7,10 14:21
**transporting**
  26:21
**treated**
  11:14 12:10
**trial**
  33:22 34:1,11
**tried**
  14:15

**truck**
  26:20
**try**
  6:16 7:6,8,18 20:3
**trying**
  12:5 14:17,19
**two**
  8:3 9:10 16:8
**Tyron**
  25:21,22 26:3,5 28:1

---

**U**

**U-turn**
  19:1,6,7,21 20:8 21:11
  23:9
**uh-hum**
  7:13
**underneath**
  26:20
**understand**
  6:16 22:14
**understanding**
  12:19 13:7 18:10,20
  24:7
**Unfortunately**
  26:19
**unit**
  8:22 9:3,9,12
**United**
  6:13
**use**
  35:14,16
**ut-uh**
  7:13

---

**V**

**vehicle**
  11:10
**verbalize**
  7:15,18

**verified**
  20:6,8
**verify**
  20:3
**versus**
  6:14
**victim**
  13:20
**view**
  32:12
**visible**
  14:8

---

**W**

**walk**
  31:15
**walked**
  13:2,11
**want**
  7:17
**warrant**
  16:3,5 17:15 22:22
  29:4,6,11,12,14 31:12
**wasn't**
  15:16 16:20 18:12
  25:16,18 26:14 27:14
  31:18,20,21
**way**
  24:20
**we'll**
  6:19
**went**
  12:22 13:10 17:13,20
  18:6 20:15 23:17 24:5
**weren't**
  21:13 34:19 35:1
**wheeled**
  13:5
**where'd**
  8:20
**white**
  15:9,10 27:14

**why'd**
  13:13

**Wood**
  6:14 9:18 10:19 11:6
  13:20,22 14:20 15:5,9,
  16 17:6,8,9 24:11,17
  25:18 27:7,13,17,22
  33:19 34:1,21 35:4,8,
  10,12,14,16

**Wood's**
  16:4 17:3 22:8 23:1,4,
  10,13 31:7,11 35:2

**words**
  8:19

**work**
  8:13 26:16,17,18

**working**
  8:4 10:6

**wouldn't**
  20:1,3,16

**write**
  19:12,16 28:14

**wrong**
  21:2

**wrote**
  28:18,22

---

### Y

**year**
  8:1,7

**years**
  8:3 9:10

**York**
  9:6

**you'd**
  25:8

**you'll**
  6:20 7:16

**you're**
  6:8 9:18 22:18 23:3,8,9

**You've**
  28:17

---

### Z

**zing**
  32:3