**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID WOOD,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 14-2066 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Count I is dismissed as to defendants Bagshaw and Carter; Count III is dismissed; Count IV is dismissed; Count V is dismissed; Count VI is dismissed; Count VII is dismissed; Count VIII is dismissed; Count IX is dismissed as to defendants Bagshaw and Carter; Count X is dismissed; Count XI is dismissed; Count XII is dismissed; and Count XIII is dismissed; and it is further

**ORDERED** that defendants Chodak, Bagshaw, and Carter are dismissed from this action; and it is further

**ORDERED** that, by no later than **June 30, 2017**, the parties shall submit a joint recommendation for further proceedings,

including a statement as to whether the parties desire to have a mediator from the District Court's mediation program appointed to assist with settlement discussions and a statement as to whether they consent to trial before a Magistrate Judge. If the parties cannot agree on a joint recommendation, each shall submit an individual recommendation by June 30, 2017.

**SO ORDERED.**

**Signed: Emmet G. Sullivan**
**United States District Judge**
**May 31, 2017**