
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID WOOD,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIS,** *et al.*, )<br>)<br>**Defendants.** )<br>) | C.A. No. 14-cv-2066 (EGS) |

## DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

Defendants District of Columbia, Charles Kiel, Charandip Sekhon, Andrew Smith, Michael Rodd and Jonathan Rosnick, through counsel, hereby respond to the Court's minute order dated July 13, 2017, ordering the Defendants to show cause as to why they should not be held in contempt of court as follows.[1]

On May 31, 2017, the Court issued its memorandum opinion [53] granting in part and denying in part Defendants' motion for summary judgment. The Court issued an accompanying order [52] that summarized its rulings as to the summary judgment motion and also ordered the parties to file a joint recommendation as to further proceedings or in the alternative, if they could not agree on a joint report, file separate recommendations. On June 30, 2017, Plaintiff filed his recommendation [54] to the Court; the Defendants failed to do so. On July 13, 2017 the Court issued an order to show cause as to why the Defendants should not be held in contempt for failure to file their report.

---

[1] Defendants Daniel Chodak, Jason Bagshaw and Alicia Carter have been granted summary judgment and are no longer parties to this action.

Both undersigned counsel assigned to defend this case reviewed the Court's May 31, 2017 memorandum opinion [53]. However, they neglected to review the order [52] that accompanied the opinion, and therefore did not notice that they were required to file a recommendation with the Court by June 30, 2017. As a result of this oversight, undersigned counsel failed to calendar the June 30 deadline to file a recommendation with the Court. Counsel's error was compounded on June 30 when Plaintiff filed his recommendation [54], as defense counsel incorrectly concluded that Plaintiff had filed his recommendation *sua sponte* despite the fact that the recommendation referenced the Court's order of May 31.[2]

Unfortunately, undersigned counsel cannot provide the Court with an excuse for their failure to recognize that this Court's May 31, 2017 order required them to file a recommendation with the Court. The memorandum opinion referenced the order and there was no reason not to review that after having reviewed the opinion. Moreover, it is clear that counsel too quickly reviewed the June 30 submission of opposing counsel [54] because they overlooked the reference in that paper to the Court's May 31 order. If counsel had been more careful in reviewing the Court's May 31 order or plaintiff's June 30 report, they could have responded in a timely manner.

Despite the fact that counsel have no excuse for their failure to recognize that the Court had ordered them to file a recommendation, and their corresponding failure to respond to the Court's May 31, 2017 order, they respectfully request that the Court nevertheless vacate its order to show cause. Counsel's failure to comply with the Court's order was not occasioned by any disrespect to the Court or intentional conduct. The failures of counsel do not bespeak of their

---

[2] The parties had not had discussions regarding the possibility of a joint report prior to Plaintiff's June 30 submission.

general approach to litigation in this case. All previous deadlines in this matter have either been met or a timely motion for an enlargement of time has been filed. Counsel have met with their superiors and have undertaken steps to assure that the failings evidenced by the Court's order to show cause do not reoccur in this case or any other case before this Court.

Counsel apologize to the Court for requiring it to issue an order to show cause in order for it to receive a simple report to the Court. They request that the Court permit them to file the defendants' report attached to this response as an exhibit.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Michael K.Addo*
MICHAEL K. ADDO
Chief, Civil Litigation Division, Section IV

*/s/Robert A. DeBerardinis, Jr.*
ROBERT A. DEBERARDINIS, Jr. [335976]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-6642
(202) 741-8895 (FAX)
E-mail: robert.deberardinis@dc.gov

*/s/ Portia M. Roundtree*
PORTIA M. ROUNDTREE [1015255]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 442-9891
(202) 741-5948 (FAX)
E-mail: portia.roundtree@dc.gov

Counsel for Defendants